# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BAILEY, FRANK J. | BANKRUPTCY COURT-MASSACHUSETTS | 07/31/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

JOHN W. MCCORMACK
POST OFFICE AND COURTHOUSE
5 POSTOFFICE SQUARE
BOSTON, MA 02108

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | IMMIGRANT LEARNING CENTER |
| 2. | TREASURER | MARCUS FOUNDATION |
| 3. | BOARD MEMBER | INSTITUTE FOR IMMIGRATION RESEARCH |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | JAN. 2013 | NEW ENGLAND SCHOOL OF LAW-PAY FOR TEACHING | $5,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | SUE CAHILL MD PC, SELF-EMPLOYED PHYSICIAN |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | FEBRUARY 7-10,2013 | DALLAS,TX | MID-YEAR MEETING | TRAVEL,GROUND TRANSPORT,HOTEL & MEALS |
| 2. | TURNAROUND MANAGEMENT ASSOCATION | MAY 9-10, 2013 | UNCASVILLE, CT | EDUCATIONAL PROGRAM | TRAVEL,HOTEL, MEALS |
| 3. | BOSTON BAR ASSOCIATION | MAY 30,2013 | BOSTON, MA | ANNUAL BENCH BAR PROGRAM | PARKING |
| 4. | AMERICAN BANKRUPTCY INSTITUTE | JULY 11-14, 2013 | NEWPORT, RI | ANNUAL CONFERENCE | TRAVEL, HOTEL, MEALS & REGISTRATION |
| 5. | ASTRAKHAN STATE U. | MAY 31-JUNE 9, 2013 | ASTRAKHAN RUSSIA | EDUCATIONAL PROGRAM | TRAVEL, HOTEL & MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BAILEY, FRANK J.** | 07/31/2014 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | APRIL 8-10, 2013 | PHOENIX, AZ | MID YEAR MEETING | TRAVEL,GROUND TRANSPORT,HOTEL & MEALS |
| 7. | AMERICAN BAR ASSOCIATION | AUG 9-11, 2013 | SAN FRANCISCO, CA | ANNUAL MEETING | TRAVEL, MEALS, HOTEL |
| 8. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | OCT 29-NOV 1, 2013 | ATLANTA,GA | ANNUAL MEETING | TRAVEL, HOTEL, MEALS |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BAILEY, FRANK J.** | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | B | Interest | N | T | | | | | |
| 2. CAPITAL ONE | A | Interest | | | Redeemed | 01/01/13 | L | | |
| 3. SANTANDER BANK | B | Interest | M | T | | | | | |
| 4. CITIBANK | A | Interest | M | T | | | | | |
| 5. HOSPITALITY TRUST | D | Dividend | L | T | | | | | |
| 6. SENIOR HOUSING TRUST | D | Dividend | L | T | | | | | |
| 7. PUTNAM MM CLASS A | A | Dividend | L | T | | | | | |
| 8. FRANKLIN GROWTH | A | Dividend | K | T | | | | | |
| 9. MFS GLOBAL TOTAL RETURN CLASS A | A | Dividend | K | T | | | | | |
| 10. MUTUAL SERIES MUTUAL SHARES CLASS A | A | Dividend | K | T | | | | | |
| 11. PUTNAM MM CLASS A | A | Dividend | K | T | | | | | |
| 12. FEDERATED INTERNATIONAL SMALL MID CO CLASS A | A | Dividend | K | T | | | | | |
| 13. MASS INVESTORS TR CLASS A | A | Dividend | K | T | | | | | |
| 14. MFS UTILITIES CLASS A | A | Dividend | K | T | | | | | |
| 15. PUTNAM GLOBAL HEALTH CARE CLASS A | B | Dividend | K | T | | | | | |
| 16. TEMPLETON WORLD CLASS A | B | Dividend | L | T | | | | | |
| 17. RMR REAL ESTATE FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS PACE LARGE CO GROWTH EQUITY | A | Dividend | K | T | | | | | |
| 19. UBS PACE INTL EMERGING CLASS P | A | Dividend | J | T | | | | | |
| 20. UBS PACE LARGE CO VALUE CLASS P | A | Dividend | J | T | | | | | |
| 21. UBS PACE INTL EQUITY CLASS P | A | Dividend | J | T | | | | | |
| 22. UBS PACE SMALL MED CO GROWTH CLASS P | A | Dividend | J | T | | | | | |
| 23. UBS PACE SMALL MED CO VALUE CLASS P | A | Dividend | J | T | | | | | |
| 24. UBS PACE GLOBAL FIXED INCOME CLASS P | A | Dividend | J | T | | | | | |
| 25. UBS PACE MUNI FIXED CLASS P | A | Dividend | J | T | | | | | |
| 26. UBS PACE GOVT SEC FIXED CLASS P | A | Dividend | J | T | | | | | |
| 27. UBS PACE STRAT FIXED CLASS P | A | Dividend | J | T | | | | | |
| 28. UBS PACE HIGH YIELD CLASS P | A | Dividend | J | T | | | | | |
| 29. UBS PACE ALTERNATIVE STRAT CLASS P | A | Dividend | J | T | | | | | |
| 30. FIDELITY FREEDOM 2025-SEP-IRA | B | Dividend | L | T | | | | | |
| 31. WELLS FARGO -SENIOR PROPERTIES TRUST & HOSPITALITY PROPERTIES TRUST | A | Dividend | L | T | | | | | |
| 32. PUTNAM MM CLASS A-IRA | A | Dividend | J | T | | | | | |
| 33. PUTNAM DYNAMIC ASSET ALLOC GROWTH-IRA | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PUTNAM EQUITY INCOME-IRA | A | Dividend | L | T | | | | | |
| 35. FRANKLIN EQUITY INCOME-IRA | A | Dividend | K | T | | | | | |
| 36. FRANKLIN INCOME-IRA | B | Dividend | K | T | | | | | |
| 37. FEDERATED CAPITAL RESERVES | B | Dividend | J | T | | | | | |
| 38. INVESCO CONSTELLATION | A | Dividend | J | T | | | | | |
| 39. FRANKLIN FLEX CAP GROWTH | A | Dividend | K | T | | | | | |
| 40. FRANKLIN DYNATECH | A | Dividend | J | T | | | | | |
| 41. FRANKLIN SMALL MID CAP GROWTH | C | Dividend | K | T | | | | | |
| 42. GROWTH FD OF AMERICA | A | Dividend | J | T | | | | | |
| 43. IVY BALANCED | A | Dividend | J | T | | | | | |
| 44. MFS GROWTH | A | Dividend | J | T | | | | | |
| 45. MASS INVESTORS GROWTH | A | Dividend | J | T | | | | | |
| 46. MUNDER GROWTH OPPORTUNITIES | A | Dividend | J | T | | | | | |
| 47. MUTUAL SERIES BEACON | A | Dividend | K | T | | | | | |
| 48. NEW PRESPECTIVE | A | Dividend | J | T | | | | | |
| 49. VIRTUS STAT GROWTH | A | Dividend | J | T | | | | | |
| 50. FRANKLIN FLEX CAP GROWTH | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FRANKLIN DYNATECH | A | Dividend | J | T | | | | | |
| 52. FRANKLIN SMALL MID CAP GROWTH | B | Dividend | K | T | | | | | |
| 53. MFS GROWTH | A | Dividend | J | T | | | | | |
| 54. MASS INVESTORS GROWTH | A | Dividend | K | T | | | | | |
| 55. MUNDER GROWTH OPPORTUNITIES | A | Dividend | J | T | | | | | |
| 56. MUTUAL SERIES BEACON | A | Dividend | K | T | | | | | |
| 57. PUTNAM INTL GROWTH | A | Dividend | J | T | | | | | |
| 58. EUROPACIFIC-SEP | C | Dividend | M | T | | | | | |
| 59. CAPITAL WORLD GROWTH & INCOME-SEP | C | Dividend | M | T | | | | | |
| 60. WASHINGTON MUTUAL INVESTORS-SEP | C | Dividend | | | Sold | 01/01/13 | L | A | |
| 61. INTERMED. BOND FD-SEP | B | Dividend | M | T | | | | | |
| 62. ALLIANZ HIGH FIVE DEFERREDVARIABLE ANNUITY-NOT SELF DIRECTED | A | Dividend | M | T | | | | | |
| 63. NORTHWESTERN MUTUAL LIFE-WHOLE LIFE POLICY | C | Dividend | M | T | | | | | |
| 64. NEW HAMPSHIRE CONDO, WATERVILLE VALLEY, NH | | None | K | W | | | | | |
| 65. FIDELITY ADVISOR EQUITY GROWTH-RETIREMENT | A | Dividend | L | T | | | | | |
| 66. ALLNZ NFJ DIV VALUE-RETIREMENT | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. FIDELITY MID CAP II A-RETIREMENT | B | Dividend | L | T | | | | | |
| 68. JANUS OVERSEAS-RETIREMENT | B | Dividend | L | T | | | | | |
| 69. FIDELITY ADVISOR STRAT INCOME A-RETIREMENT | B | Dividend | M | T | | | | | |
| 70. ALLNZ NF J DIV VALUE-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 71. FIDELITY ADVISOR EQUITY GROWTH-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 72. FIDELITY ADVISOR MID CAP-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 73. JANUS OVERSEAS-DEFERRED SAV | A | Dividend | K | T | | | | | |
| 74. FIDELITY ADVISORS STRAT INCOME A BOND-DEFERRED SAV | B | Interest | K | T | | | | | |
| 75. FIDELITY MAGELLAN | A | Dividend | J | T | | | | | |
| 76. SUNAMERICA FOCUSED GROWTH | A | Dividend | J | T | | | | | |
| 77. PRIME MM FD RBC INVESTOR CLASS | A | Interest | J | T | | | | | |
| 78. BLACKROCK BR MOD 17 AGE BASED | A | Dividend | M | T | | | | | |
| 79. BLACKROCK BR MODE 17+ AGE BASED | A | Dividend | M | T | | | | | |
| 80. GUARDIAN LIFE INS CO-WHOLE LIFE POLICY | D | Dividend | M | T | | | | | |
| 81. ALLNZ NFJ SMALL CAP VALUE-DEFERRED | A | Dividend | K | T | | | | | |
| 82. ALLNZ NFJ SMALL CAP VALUE A-RETIREMENT | A | Dividend | L | T | | | | | |
| 83. FIDELITY EQUITY GROWTH A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. FIDELITY FREEDOM 2020-SEP IRA | A | Dividend | J | T | | | | | |
| 85. PERSHING GOVT MM | A | Dividend | J | T | | | | | |
| 86. FIDELITY CASH RESERVES | A | Dividend | K | T | | | | | |
| 87. INT COL/ACORN INTL A-RETIREMENT | A | Dividend | K | T | | | | | |
| 88. INTL COL/ACORN INTL A-DEFERRED | A | Dividend | J | T | | | | | |
| 89. OPPENH DEVELOPING MARKETS-RETIREMENT | A | Dividend | K | T | | | | | |
| 90. OPPENH DEVELOPING MARKETS-DEFRERED | A | Dividend | J | T | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOR THE FOLLOWING PART 1 POSITIONS, THERE IS NO REPORTABLE ASSET;

IMMIGRANT LEARNING CENTER
MARCUS FOUNDATION
INSTITUTE FOR IMMIGRATION RESEACH

| Name of Person Reporting | Date of Report |
|---|---|
| BAILEY, FRANK J. | 07/31/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK J. BAILEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544